IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLIFFORD WAYNE MOODY | § | |
| | § | CASE NO. _____ |
| VS. | § | CRIMINAL CASE NO. 1:20-CR-00648-01 |
| | § | |
| MARK FOREMAN, WARDEN | § | |

**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

COMES NOW, the Petitioner, CLIFFORD WAYNE MOODY, a federal prisoner currently confined at Cimarron Correctional Facility (USM No. 76920-509) and respectfully petitions this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In support of this petition, Petitioner states as follows:

**I. JURISDICTION**

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 2241, as the Petitioner is currently incarcerated within this district and challenges the execution of his sentence.

**II. BACKGROUND**

1. Conviction and Sentence:

   Petitioner was convicted in the Southern District of Texas on August 5, 2022, for the offense of possession of a stolen firearm in violation of 18 U.S.C. §§ 922(j) and 924(a)(2). Petitioner was sentenced to 36 months on January 11, 2023.

2. Sentence Calculation Dispute:

   The Bureau of Prisons (BOP) has incorrectly calculated Petitioner's sentence and release date. Specifically, Petitioner believes that he has served all of the time he is required to serve under the law and is entitled to immediate release.

## III. PETITIONER'S CLAIM

Petitioner respectfully claims the following:

1. Incorrect Calculation of Sentence:

    The BOP has erroneously calculated Petitioner's sentence in a manner that does not properly account for failure to credit for prior time served and failure to account for credit of time served in the Texas Department of Criminal Justice as ordered by the court. Judge Olvera specifically ordered, "This term consists of 36 months as to count 2s. This term is ordered to run concurrently with the defendant's undischarged term in Docket No. 2020-DCR-1116-G."

2. Violation of Right to Release:

    As a result of the miscalculation of Petitioner's sentence, he has been unlawfully detained beyond the time that he should have been released.

## IV. RELIEF REQUESTED

For the reasons stated above, Petitioner respectfully requests that this Court:

1. Issue a writ of habeas corpus directing the Respondent to immediately release Petitioner from custody, as he has served the entirety of his sentence.

2. Order a recalculation of Petitioner's sentence and release date, ensuring that all credits and time served are properly considered.

3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**/s/ Ed Stapleton**

---

**ED STAPLETON**
Texas State Bar No. 19058400
So. District No.
**SARA STAPLETON-BARRERA**
Texas State Bar No. 24073403
So. District No. 1129445


613 E. Saint Charles
Brownsville, Texas 78520
Telephone (956) 504-0882
Facsimile (956) 504-0814
stapletonstapleton@icloud.com

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the forgoing document was delivered by electronic mail upon electronic filing.

**/s/ Ed Stapleton**

---

**ED STAPLETON**